| DISTRICT COURT OF THE VIRGIN ISLANDS |
| :---: |
| DIVISION OF ST. CROIX |

**BRIDGET GRIFFIN,**

                **Plaintiff,**　　　　　2005-CV-0189

  v.

**KMART CORPORATION,**

                **Defendant.**

TO:    K. Glenda Cameron, Esq.
         Sunshine S. Benoit, Esq.

### ORDER DENYING DEFENDANT'S MOTION FOR PARTIAL RECONSIDERATION

THIS MATTER is before the Court upon Defendant's Motion for Partial Reconsideration (Docket No. 25).

Both Plaintiff and Defendant have referred this Court to two Virgin Islands Superior Court Orders, both dated October 30, 2006, for the cases *Santos v. United Corporation*, Case No. SX-05-CV-0000003, and *Scott v. United Corporation*, Case No. SX-04-CV-0000156, which ruled on similar facts. In those orders, the Superior Court stated:

> The intent and effect of the . . . Order is simply to prohibit defense counsel from disseminating the Plaintiff's enumerated confidential medical records to their client. Consequently, the Order does not, as posited by the Defendant, preclude defense counsel from discussing the records with its client.

*Griffin v. Kmart Corporation*
2005-CV-0189
Order Denying Defendant's Motion for Partial Reconsideration
Page 2

As both parties refer to those Superior Court Orders, this Court will apply the reasoning of such orders to this case.

Accordingly, it is now hereby **ORDERED** that Defendant, Kmart Corporation's Motion for Partial Reconsideration (Docket No. 25) is **DENIED**.

ENTER:

Dated: July 2, 2007

/s/
GEORGE W. CANNON, JR.
U.S. MAGISTRATE JUDGE