| | |
|---|---|
| **DISTRICT COURT OF THE VIRGIN ISLANDS** | |
| **DIVISION OF ST. CROIX** | |

| | |
|---|---|
| **BRIDGET GRIFFIN,** | |
| **Plaintiff,** | **2005-CV-0189** |
| **v.** | |
| **KMART CORPORATION,** | |
| **Defendant,** | |
| **v.** | |
| **SUNSHINE SHOPPING CENTER, INC.,** | |
| **Third Party Defendant.** | |

**TO:**   **Lee J. Rohn, Esq.**
   **Wilfredo A. Geigel, Esq.**


<u>**ORDER GRANTING DEFENDANT'S MOTION**</u>
<u>**REQUESTING PERMISSION TO FILE THIRD PARTY COMPLAINT**</u>

THIS MATTER came before the Court upon Defendant's Motion Requesting Permission to File Third Party Complaint (Docket No. 56).  Plaintiff filed a notice of no objection to said motion.

Having reviewed the said motion and proposed Third Party Complaint and in the absence of any opposition of Plaintiff, the Court finds that Defendant has demonstrated

*Griffin v. Kmart Corp.*
2005-CV-0189
Order Granting Defendant's Motion Requesting Permission to File Third Party Complaint
Page 2

that Sunshine Shopping Center, Inc., is a proper third party defendant and that impleader

is appropriate.  Consequently, the Court will grant said motion.

Accordingly, it is now hereby **ORDERED**:

1.      Defendant's Motion Requesting Permission to File Third Party Complaint

(Docket No. 56) is **GRANTED**.

2.      Defendant's proposed Third Party Complaint, attached to said motion as

Attachment # 1, is **DEEMED FILED** as of the date of entry of this order.

3.      The caption of this matter will appear as hereinabove.

ENTER:


Dated: May 16, 2008                            _____/s/_____
                                               GEORGE W. CANNON, JR.
                                               U.S. MAGISTRATE JUDGE