# DISTRICT COURT OF THE VIRGIN ISLANDS

# DIVISION OF ST. CROIX

| | |
|---|---|
| **BRIDGET GRIFFIN,** | |
| Plaintiff, | 2005-CV-0189 |
| v. | |
| **KMART CORPORATION,** | |
| Defendant, | |
| v. | |
| **SUNSHINE SHOPPING CENTER, INC.,** | |
| Third Party Defendant. | |

**TO:**   Lee J. Rohn, Esq.
　　　　Wilfredo A. Geigel, Esq.

### ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL

THIS MATTER came before the Court upon Plaintiff's Motion to Compel (Docket No. 67). Defendant filed an opposition to said motion. This order is issued without necessity of reply.

Having reviewed the said motion and the opposition thereto, the Court finds that Defendant has failed to provide counsel for Plaintiff with its responses to Plaintiff's

*Griffin v. Kmart Corp.*
2005-CV-0189
Order Granting Plaintiff's Motion to Compel
Page 2

discovery requests within the time allowed. Consequently, the Court will grant the said motion.

    Accordingly, it is now hereby **ORDERED**:

    1.    Plaintiff's Motion to Compel (Docket No. 67) is **GRANTED**.

    2.    Defendant shall serve upon counsel for Plaintiff its responses to Plaintiff's discovery requests on or before **September 29, 2008**.

    ENTER:

Dated: September 19, 2008      /s/
    GEORGE W. CANNON, JR.
    U.S. MAGISTRATE JUDGE